IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ERVIN M. COAXUM JR.,            )
                                )
            Plaintiff,           )
                                )
     v.                          )    1:09CV1004
                                )
DAIMLER TRUCKS NORTH AMERICA, LLC, )
                                )
            Defendant.           )

**O R D E R**

On November 2, 2010, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docket Entries 30 and 31.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss Plaintiff's Action Due to Disregard of This Court's Order (Docket Entry 18) is **denied**, and that Plaintiff's self-styled motion (Docket Entry 25) is **denied as moot**.

_____
United States District Judge

December 3, 2010